474 A.2d 692

Commonwealth v. Prather, Appellant.

 Submitted
January 20, 1984. Elaine DeMasse, Assistant Public De-
fender, for appellant; Jane Cutler Greenspan, Assistant
District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

This case is remanded to the trial court for an evidentiary
hearing on the ineffective assistance of counsel. Jurisdic-
tion is retained by this court pending remand.

474 A.2d 692

Commonwealth v. Presley, Appellant.

 Submitted February 3, 1984.
Elaine DeMasse, Assistant Public Defender, for appellant;
Jane Cutler Greenspan, Assistant District Attorney, for
Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Order affirmed.